Form 704-8B
Rev. 1/95

FILED ROANOKE, VA
U.S. BANKRUPTCY COURT
AUG - 5 2011
BY [signature] DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JONES, BELINDA MARTINE | ) | Case No. 10-72542 RKR |
| | ) | |
| | ) | |
| Debtor(s) | ) | Chapter 7 |
| | ) | |

**TRANSMITTAL OF SMALL DIVIDENDS**

Comes now the undersigned trustee and reports as follows:

1.Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2.The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3.That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Dated: August 3, 2011

[signature]

GEORGE A. MCLEAN, JR., Trustee
302 WASHINGTON AVENUE
ROANOKE, VA 24016
(540) 982-8430

Printed: 08/03/11 12:18 PM

# Claims Distribution Small Checks

## Trustee: GEORGE A. MCLEAN, JR. (660090)

**Case:** 10-72542 - JONES, BELINDA MARTINE

| Account No. | Check No. | Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 92005167875766 | 107 | 08/03/11 | Payee: | U.S. Bankruptcy Court Clerk | | | | Check Amount: | $6.49 |
| | | 4 -1 | 01/31/11 | 610 | NTELOS<br>P.O. BOX 580423<br>Charlotte, NC 28258-0423 | 102.26 | 102.26 | 1.67 | 1.67 |
| | | 5 -1 | 03/01/11 | 610 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | 277.12 | 277.12 | 4.52 | 4.52 |
| | | 6U-2 | 03/03/11 | 610 | IRS<br>P.O. Box 21126<br>Philadelphia, PA 19114 | 18.34 | 18.34 | 0.30 | 0.30 |

(*) Denotes objection to Amount Filed

